UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEUTIAN CAPITAL PARTNERS, LLC,<br><br>                                Plaintiff,<br><br>-against-<br><br>EDWARD HUGLER, sued in his official capacity, Secretary, United States Department of Labor; UNITED STATES DEPARTMENT OF LABOR; WAGE AND HOUR DIVISION, United States Department of Labor Employment Standards Administration; and ADMINISTRATOR, United States Department of Labor Employment Standards Administration Wage and Hour Division,<br><br>                                Defendants. | NOTICE OF APPEAL<br><br>Case 1:16-cv-05149-ER |

      Notice is hereby given that plaintiff Aleutian Capital Partners LLC hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order dated September 28, 2017, denying Plaintiff's motion for summary judgment and granting Defendants' motion for summary judgment, entered in this action on the 28th day of September, 2017 (PACER Doc. 41), and the clerk's judgment entered thereon on the 29th day of September (PACER Doc. 42).

Dated:  November 20, 2017

                                          LAW OFFICE OF RICHARD B. SOLOMON

                                          By: s/Richard B. Solomon

                                          Richard B. Solomon
                                          RS5332
                                          Law Office of Richard B. Solomon
                                          427 Bedford Road, Suite 340
                                          Pleasantville, NY 10570